# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133168 & (63)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDERICK HARVEY GRUMBLEY,
      Defendant-Appellant.

SC: 133168
COA: 261275
Saginaw CC: 04-024013-FC

_____/

      On order of the Court the motion to add issue is GRANTED.  The application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

_____
Clerk

s0830